DANIEL J. BRODERICK, Bar# 89424
Federal Defender
LEXI NEGIN, Bar# 250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
DEANDRE LAMAR DOSTY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
| ) | CR.S-09-500-FCD |
| Plaintiff,       ) | |
| ) | **STIPULATION AND ORDER TO** |
| v.                ) | **CONTINUE STATUS HEARING** |
| ) | |
| DEANDRE LAMAR DOSTY,                 ) | DATE:  January 19, 2010 |
| RAE LEONARD YOUNG,                   ) | TIME:  10:00 a.m. |
| ) | JUDGE: Frank C. Damrell, Jr. |
| Defendants.      ) | |
| ) | |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendants, DEANDRE LAMAR DOSTY by and through his counsel, LEXI NEGIN, Assistant Federal Defender, and RAE LEONARD YOUNG by and through his counsel, WILLIAM E. BONHAM, that the status conference set for Monday, December 14, 2009, be continued to Tuesday, January 19, 2010, at 10:00 a.m.  The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

It is further stipulated that the time period from the date of this stipulation, December 10, 2009, through and including the date of the

new status conference hearing, January 19, 2010, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A)&(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: December 10, 2009     Respectfully submitted,
                             DANIEL J. BRODERICK
                             Federal Defender

                             */s/ Lexi Negin*
                             LEXI NEGIN
                             Assistant Federal Defender
                             Attorney for Defendant
                             DEANDRE LAMAR DOSTY


                             */s/ Lexi Negin for*
                             WILLIAM E. BONHAM
                             Attorney for Defendant
                             RAE LEONARD YOUNG


DATED: December 10, 2009     BENJAMIN B. WAGNER
                             United States Attorney

                             */s/ Lexi Negin for*
                             JASON HITT
                             Assistant U.S. Attorney
                             Attorney for Plaintiff

**O R D E R**


**IT IS SO ORDERED.** Time is excluded from today's date through and including January 19, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: December 10, 2009.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE