```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
LEXI NEGIN, Bar# 250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
DEANDRE LAMAR DOSTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR.S-09-500 FCD |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER TO** |
| v. | ) | **CONTINUE STATUS HEARING** |
| | ) | |
| DEANDRE LAMAR DOSTY, | ) | DATE: March 22, 2010 |
| RAE LEONARD YOUNG, | ) | TIME: 10:00 a.m. |
| | ) | JUDGE: Frank C. Damrell, Jr. |
| Defendants. | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendants, DEANDRE LAMAR DOSTY by and through his counsel, LEXI NEGIN, Assistant Federal Defender, and RAE LEONARD YOUNG by and through his counsel, WILLIAM E. BONHAM, that the status conference set for January 19, 2010, be continued to **Monday, March 22, 2010, at 10:00 a.m.**  The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses, and to continue investigating the facts of the case.

/ / /

/ / /

1    It is further stipulated that the time period from the date of this
2 stipulation, January 13, 2010, through and including the date of the
3 new status conference hearing, March 22, 2010, shall be excluded from
4 computation of time within which the trial of this matter must be
5 commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161
6 (h)(7)(A)&(B)(iv)and Local Code T4 [reasonable time for defense counsel
7 to prepare].

8

9 DATED: January 13, 2010        Respectfully submitted,
                                  DANIEL J. BRODERICK
10                                Federal Defender

11                                /s/ Lexi Negin
                                  LEXI NEGIN
12                                Assistant Federal Defender
                                  Attorney for Defendant
13                                DEANDRE LAMAR DOSTY

14
   DATED: January 13, 2010        /s/ Lexi Negin for
15                                WILLIAM E. BONHAM
                                  Attorney for Defendant
16                                RAE LEONARD YOUNG

17

18 DATED: January 13, 2010        BENJAMIN B. WAGNER
                                  United States Attorney
19
                                  /s/ Lexi Negin for
20                                JASON HITT
                                  Assistant U.S. Attorney
21                                Attorney for Plaintiff

22

23

24

25

26

27

28

**2**

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including March 22, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: January 14, 2010

  
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE