DANIEL J. BRODERICK, Bar# 89424
Federal Defender
LEXI NEGIN, Bar# 250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone (916) 498-5700

Attorney for Defendant
DEANDRE LAMAR DOSTY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S-09-500 FCD |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | CONTINUE STATUS HEARING AND TO |
| v. ) | EXCLUDE TIME PURSUANT TO THE |
| ) | SPEEDY TRIAL ACT |
| DEANDRE LAMAR DOSTY, ) | |
| RAE LEONARD YOUNG, ) | DATE: May 24, 2010 |
| ) | TIME: 10:00 a.m. |
| Defendants. ) | JUDGE: Frank C. Damrell, Jr. |
| ) | |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendants, DEANDRE LAMAR DOSTY by and through his counsel, LEXI NEGIN, Assistant Federal Defender, and RAE LEONARD YOUNG by and through his counsel, WILLIAM E. BONHAM, that the status conference set for March 22, 2010, be continued to **Monday, May 24, 2010, at 10:00 a.m.**

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses, and to continue investigating the facts of the case.

It is further stipulated that the time period from the date of this stipulation, March 18, 2010, through and including the date of the new status conference hearing, May 24, 2010, shall be excluded from

///

///

computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A)&(B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: March 18, 2010              Respectfully submitted,

                                                DANIEL J. BRODERICK
Federal Defender

      /s/ Lexi Negin
LEXI NEGIN
Assistant Federal Defender
Attorney for Defendant
DEANDRE LAMAR DOSTY

DATED: March 18, 2010              /s/ Lexi Negin for
WILLIAM E. BONHAM
Attorney for Defendant
RAE LEONARD YOUNG

DATED: March 18, 2010              BENJAMIN B. WAGNER
United States Attorney

     /s/ Lexi Negin for
JASON HITT
Assistant U.S. Attorney
Attorney for Plaintiff

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including May 24, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: March 18, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE