DANIEL J. BRODERICK, Bar# 89424
Federal Defender
LEXI NEGIN, Bar# 250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone (916) 498-5700

Attorney for Defendant
DEANDRE LAMAR DOSTY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. S-09-500-FCD |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| v. | ) | |
| DEANDRE LAMAR DOSTY, RAE LEONARD YOUNG, | ) | DATE: August 9, 2010 |
| | ) | TIME: 10:00 a.m. |
| Defendants. | ) | JUDGE: Frank C. Damrell, Jr. |

It is hereby stipulated and agreed to between the United States of America through Jason Hitt, Assistant U.S. Attorney, and defendants, DEANDRE LAMAR DOSTY by and through his counsel, Lexi Negin, Assistant Federal Defender, and RAE LEONARD YOUNG by and through his counsel, William E. Bonham, that the status conference set for May 24, 2010, be continued to **Monday, August 9, 2010, at 10:00 a.m.**

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses, and to continue investigating the facts of the case. In addition, Ms. Negin will not be available as she is scheduled to be out of the office for the remainder of the month of May.

///

///

1  It is further stipulated that the time period from the date of this stipulation, May 13, 2010, through and including the date of the new status conference hearing, August 9, 2010, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A)&(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: May 13, 2010                Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

 /s/ Lexi Negin
LEXI NEGIN
Assistant Federal Defender
Attorney for Defendant
DEANDRE LAMAR DOSTY

DATED: May 13, 2010                 /s/ Lexi Negin for
WILLIAM E. BONHAM
Attorney for Defendant
RAE LEONARD YOUNG

DATED: May 13, 2010                BENJAMIN B. WAGNER
United States Attorney

 /s/ Lexi Negin for
JASON HITT
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including August 9, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: May 13, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE