1   DANIEL J. BRODERICK, Bar# 89424
    Federal Defender
2   LEXI NEGIN, Bar# 250376
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California  95814
4   Telephone (916) 498-5700

5   Attorney for Defendant
    DEANDRE LAMAR DOSTY

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )   CR. S-09-500 FCD
                                        )
12              Plaintiff,              )   STIPULATION AND ORDER TO
                                        )   CONTINUE STATUS  HEARING AND TO
13      v.                              )   EXCLUDE TIME PURSUANT TO THE
                                        )   SPEEDY TRIAL ACT
14   DEANDRE LAMAR DOSTY,               )
     RAE LEONARD YOUNG,                 )   DATE:     October 18, 2010
15                                      )   TIME:     10:00 a.m.
                Defendants.             )   JUDGE:    Frank C. Damrell, Jr.
16                                      )
     _____   )
17

18       It is hereby stipulated and agreed to between the United States of America through Jason Hitt,

19   Assistant U.S. Attorney, and defendants, DEANDRE LAMAR DOSTY by and through his counsel, Lexi

20   Negin, Assistant Federal Defender, and RAE LEONARD YOUNG by and through his counsel, William

21   E. Bonham, that the status conference set for August 9, 2010, be continued to **Monday, October 18,**

22   **2010, at 10:00 a.m.**

23       The reason for this continuance is to allow defense counsel additional time to review discovery with

24   the defendants, to examine possible defenses, and to continue investigating the facts of the case.

25   ///

26   ///

27   ///

28

1    It is further stipulated that the time period from the date of this stipulation, August 4, 2010, through

2  and including the date of the new status conference hearing, October 18, 2010, shall be excluded from

3  computation of time within which the trial of this matter must be commenced under the Speedy Trial Act,

4  pursuant to 18 U.S.C. §§ 3161 (h)(7)(A)&(B)(iv)and Local Code T4 [reasonable time for defense counsel

5  to prepare].

6

7  DATED: August 4, 2010                Respectfully submitted,

8                                       DANIEL J. BRODERICK
                                        Federal Defender
9
                                         */s/ Lexi Negin*
10                                       LEXI NEGIN
                                        Assistant Federal Defender
11                                       Attorney for Defendant
                                        DEANDRE LAMAR DOSTY
12

13 DATED: August 4, 2010                */s/ Lexi Negin for*
                                        WILLIAM E. BONHAM
14                                       Attorney for Defendant
                                        RAE LEONARD YOUNG
15

16 DATED: August 4, 2010                BENJAMIN B. WAGNER
                                        United States Attorney
17
                                         */s/ Lexi Negin for*
18                                       JASON HITT
                                        Assistant U.S. Attorney
19                                       Attorney for Plaintiff

20

21                                **O R D E R**

22      **IT IS SO ORDERED.**  Time is excluded from today's date through and including October 18, 2010,

23 in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local

24 Code T4.

25 DATED: August 4, 2010

26

27                                       FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE

28