DANIEL J. BRODERICK, Bar# 89424
Federal Defender
LEXI NEGIN, Bar# 250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone (916) 498-5700

Attorney for Defendant
DEANDRE LAMAR DOSTY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S-09-500-FCD |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | CONTINUE STATUS HEARING AND TO |
| v. ) | EXCLUDE TIME PURSUANT TO THE |
| ) | SPEEDY TRIAL ACT |
| DEANDRE LAMAR DOSTY, ) | |
| RAE LEONARD YOUNG, ) | DATE:     December 13, 2010 |
| ) | TIME:     10:00 a.m. |
| Defendants. ) | JUDGE:    Frank C. Damrell, Jr. |
| ) | |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through Jason Hitt, Assistant U.S. Attorney, and defendants, DEANDRE LAMAR DOSTY by and through his counsel, Lexi Negin, Assistant Federal Defender, and RAE LEONARD YOUNG by and through his counsel, William E. Bonham, that the status conference set for October 18, 2010, be continued to **Monday, December 13, 2010, at 10:00 a.m.**

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses, and to continue investigating the facts of the case.

///

///

///

It is further stipulated that the time period from the date of this stipulation, October 15, 2010, through and including the date of the new status conference hearing, December 13, 2010, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A)&(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: October 15, 2010                     Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/ Lexi Negin*
LEXI NEGIN
Assistant Federal Defender
Attorney for Defendant
DEANDRE LAMAR DOSTY

DATED: October 15, 2010         */s/ Lexi Negin for*
WILLIAM E. BONHAM
Attorney for Defendant
RAE LEONARD YOUNG

DATED: October 15, 2010         BENJAMIN B. WAGNER
United States Attorney

*/s/ Lexi Negin for*
JASON HITT
Assistant U.S. Attorney
Attorney for Plaintiff

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including December 13, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

DATED:  October 15, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE