DANIEL J. BRODERICK, Bar# 89424
Federal Defender
LEXI NEGIN, Bar# 250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone (916) 498-5700

Attorney for Defendant
DEANDRE LAMAR DOSTY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEANDRE LAMAR DOSTY, ) <br> RAE LEONARD YOUNG, ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | CR. S-09-500-FCD <br><br> STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT <br><br> DATE:   January 10, 2011 <br> TIME:   10:00 a.m. <br> JUDGE:  Frank C. Damrell, Jr. |

It is hereby stipulated and agreed to between the United States of America through Jason Hitt, Assistant U.S. Attorney, and defendants, DEANDRE LAMAR DOSTY by and through his counsel, Lexi Negin, Assistant Federal Defender, and RAE LEONARD YOUNG by and through his counsel, William E. Bonham, that the status conference set for December 13, 2010, be continued to **January 10, 2011, at 10:00 a.m.**

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses, and to continue investigating the facts of the case.

///

///

///

///

It is further stipulated that the time period from the date of this stipulation, December 8, 2010, through and including the date of the new status conference hearing, January 10, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A)&(B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: December 8, 2010

                         Respectfully submitted,

                         DANIEL J. BRODERICK
                         Federal Defender

                         */s/ Lexi Negin*
                         LEXI NEGIN
                         Assistant Federal Defender
                         Attorney for Defendant
                         DEANDRE LAMAR DOSTY

DATED: December 8, 2010      */s/ Lexi Negin for*
                         WILLIAM E. BONHAM
                         Attorney for Defendant
                         RAE LEONARD YOUNG

DATED: December 8, 2010      BENJAMIN B. WAGNER
                         United States Attorney

                         */s/ Lexi Negin for*
                         JASON HITT
                         Assistant U.S. Attorney
                         Attorney for Plaintiff

## **O R D E R**

**IT IS SO ORDERED.**  Time is excluded from today's date through and including January 10, 2011, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED:  December 9, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE