1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  LEXI NEGIN, Bar# 250376
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   DEANDRE LAMAR DOSTY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. S- 09-500-FCD |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| v. | ) | |
| DEANDRE LAMAR DOSTY, RAE LEONARD YOUNG, | ) | DATE: February 3, 2011 |
| | ) | TIME: 10:00 a.m. |
| Defendants. | ) | JUDGE: Kimberly J. Mueller |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through Jason Hitt, Assistant U.S. Attorney, and defendants, DEANDRE LAMAR DOSTY by and through his counsel, Lexi Negin, Assistant Federal Defender, and RAE LEONARD YOUNG by and through his counsel, William E. Bonham, that the status conference set for Monday, January 10, 2011, be continued to **Thursday, February 3, 2011, at 10:00 a.m.**, in front of the Honorable Kimberly J. Mueller.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses, and to continue investigating the facts of the case.

///
///
///
///

It is further stipulated that the time period from the date of this stipulation, January 5, 2011, through and including the date of the new status conference hearing, February 3, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A)&(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: January 5, 2011

    Respectfully submitted,

    DANIEL J. BRODERICK
    Federal Defender

    */s/ Lexi Negin*
    LEXI NEGIN
    Assistant Federal Defender
    Attorney for Defendant
    DEANDRE LAMAR DOSTY

DATED: January 5, 2011

    */s/ Lexi Negin for*
    WILLIAM E. BONHAM
    Attorney for Defendant
    RAE LEONARD YOUNG

DATED: January 5, 2011

    BENJAMIN B. WAGNER
    United States Attorney

    */s/ Lexi Negin for*
    JASON HITT
    Assistant U.S. Attorney
    Attorney for Plaintiff

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including February 3, 2011, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: January 6, 2011

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE