1 | DANIEL J. BRODERICK, Bar# 89424
Federal Defender
2 | LEXI NEGIN, Bar# 250376
Assistant Federal Defender
3 | 801 I Street, 3rd Floor
Sacramento, California  95814
4 | Telephone (916) 498-5700

5 | Attorney for Defendant
DEANDRE LAMAR DOSTY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:09-cr-00500 KJM |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| v. | ) | |
| DEANDRE LAMAR DOSTY, RAE LEONARD YOUNG, | ) | DATE: February 17, 2011 |
| | ) | TIME: 10:00 a.m. |
| Defendants. | ) | JUDGE: Kimberly J. Mueller |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through Jason Hitt, Assistant U.S. Attorney, and defendants, DEANDRE LAMAR DOSTY by and through his counsel, Lexi Negin, Assistant Federal Defender, and RAE LEONARD YOUNG by and through his counsel, William E. Bonham, that the status conference set for Thursday, February 3, 2011, be continued to **Thursday, February 17, 2011, at 10:00 a.m.**

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses, and to continue investigating the facts of the case.

///
///
///
///

It is further stipulated that the time period from the date of this stipulation, January 31, 2011, through and including the date of the new status conference hearing, February 17, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A)&(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: January 31, 2011

      Respectfully submitted,

      DANIEL J. BRODERICK
      Federal Defender

      /s/ Lexi Negin
      LEXI NEGIN
      Assistant Federal Defender
      Attorney for Defendant
      DEANDRE LAMAR DOSTY

DATED: January 31, 2011

      /s/ Lexi Negin for
      WILLIAM E. BONHAM
      Attorney for Defendant
      RAE LEONARD YOUNG

DATED: January 31, 2011

      BENJAMIN B. WAGNER
      United States Attorney

      /s/ Lexi Negin for
      JASON HITT
      Assistant U.S. Attorney
      Attorney for Plaintiff

## **O R D E R**

**IT IS SO ORDERED.**  Time is excluded from today's date through and including February 17, 2011, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED:  February 1, 2011.

      _____
      UNITED STATES DISTRICT JUDGE