William E. Bonham, SB# 55478
Attorney at Law
Hotel de France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814
Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: billbonham@mylaw.comcastbiz.net

Attorney for: Rae Leonard YOUNG

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 2:09-cr-00500 KJM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO CONTINUE STATUS |
| v. ) | CONFERENCE |
| ) | |
| Deandre Lamar DOSTY, ) | |
| Rae Leonard YOUNG ) | |
| ) | |
| Defendants. ) | |

The defendants, Deandre L. Dosty and Rae L. Young, through their undersigned counsel, and the United States, through its undersigned counsel, hereby agree and request the Status Conference currently set for Thursday, March

1

24, 2011 at 10:00 am be vacated and continued until Thursday, April 7, 2011 at 10:00 am.

A continuance is necessary to provide counsel with additional time for case preparation and for ongoing plea and sentencing negotiations.

The parties also stipulate that time should be excluded under the Speedy Trial Act due to the needs of counsel for continued case preparation and ongoing plea and sentencing negotiations.  Local Code T4 & 18 U.S.C § 3161 (h)(7)(B)(iv).

I, William E. Bonham, the filing party, have received authorization from Assistant Federal Defender Lexi Negin and AUSA Mike Beckwith to sign and submit this stipulation and proposed order on their behalf.

Accordingly, the defense and the United States agree and stipulate that the Status Conference for defendants Deandre L. Dosty and Rae L. Young, should be continued until Thursday, April 7, 2011 at 10:00 am. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and defendant in a Speedy Trial.  18 U.S.C. § 3161(h)(7)(A).

Dated: March 22, 2011

        BENJAMIN B. WAGNER
        United States Attorney

        By:/s/ WILLIAM E. BONHAM for
        JASON HITT
        Assistant U.S. Attorney

| | |
|---|---|
| Dated: March 22, 2011 | |
| | By:/s/ WILLIAM E. BONHAM |
| | WILLIAM E. BONHAM |
| | Counsel for Defendant |
| | Rae Leonard YOUNG |
| | |
| Dated: March 22, 2011 | DANIEL J. BRODERICK |
| | Federal Defender |
| | |
| | /s/ WILLIAM E. BONHAM for |
| | LEXI NEGIN |
| | Assistant Federal Defender |
| | Attorney for Defendant |
| | Deandre Lamar DOSTY |

# ORDER

IT IS SO ORDERED THAT THE Status Conference for defendants, Deandre L. Dosty and Rae L. Young, currently set for Thursday, March 24, 2011 at 10:00 am should be vacated and continued to Thursday, April 7, 2011 at 10:00 a.m.

The Court finds that the continuance is necessary due to the needs of counsel for continued case preparation and plea/sentencing negotiations. Accordingly, time is excluded under the Speedy Trial Act, due to needs of counsel for additional case preparation and ongoing plea/sentencing negotiations, from March 24, 2011 up to and including April 7, 2011 pursuant to Local Code T4 and 18 U.S.C. § 3161(h)(7)(B)(iv).  I find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial.  18 U.S.C. § 3161(h) (7)(A).

Dated:   March 23, 2011.

_____
UNITED STATES DISTRICT JUDGE