William E. Bonham, SB# 55478
Attorney at Law
Hotel de France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814
Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: billbonham@mylaw.comcastbiz.net

Attorney for: Rae Leonard YOUNG

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 2:09-cr-500 KJM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO CONTINUE STATUS |
| v. ) | CONFERENCE |
| ) | |
| Deandre Lamar DOSTY, ) | |
| Rae Leonard YOUNG ) | |
| ) | |
| Defendants. ) | |
| ) | |

The defendants, Deandre L. Dosty and Rae L. Young, through their undersigned counsel, and the United States, through its undersigned counsel, hereby agree and request the Status Conference currently set for Thursday, April

7, 2011 at 10:00 am be vacated and continued until Thursday, April 28, 2011 at 10:00 am.

A continuance is necessary to provide counsel with additional time for case preparation and for ongoing plea and sentencing negotiations.

The parties also stipulate that time should be excluded under the Speedy Trial Act due to the needs of counsel for continued case preparation and ongoing plea and sentencing negotiations.  Local Code T4 & 18 U.S.C § 3161 (h)(7)(B)(iv).

I, William E. Bonham, the filing party, have received authorization from Assistant Federal Defender Lexi Negin and AUSA Mike Beckwith to sign and submit this stipulation and proposed order on their behalf.

Accordingly, the defense and the United States agree and stipulate that the Status Conference for defendants Deandre L. Dosty and Rae L. Young, should be continued until Thursday, April 28, 2011 at 10:00 am. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and defendant in a Speedy Trial.  18 U.S.C. § 3161(h)(7)(A).

Dated: April 5, 2011

BENJAMIN B. WAGNER
United States Attorney

By:/s/ WILLIAM E. BONHAM for
JASON HITT
Assistant U.S. Attorney

| | |
|---|---|
| Dated: April 5, 2011 | |
| | By:/s/ WILLIAM E. BONHAM for |
| | WILLIAM E. BONHAM |
| | Counsel for Defendant |
| | Rae Leonard YOUNG |
| Dated: April 5, 2011 | DANIEL J. BRODERICK |
| | Federal Defender |
| | WILLIAM E. BONHAM for |
| | LEXI NEGIN |
| | Assistant Federal Defender |
| | Attorney for Defendant |
| | Deandre Lamar DOSTY |

## ORDER

IT IS SO ORDERED. THE Status Conference for defendants, Deandre L. Dosty and Rae L. Young, currently set for Thursday, April 7, 2011 at 10:00 am is vacated and continued to Thursday, April 28, 2011 at 10:00 a.m.

I find that the continuance is necessary due to the needs of counsel for continued case preparation and plea/sentencing negotiations.  Accordingly, time is excluded under the Speedy Trial Act, due to needs of counsel for additional case preparation and ongoing plea/ sentencing negotiations, from April 7, 2011 up to and including April 28, 2011 pursuant to Local Code T4 and 18 U.S.C. § 3161(h)(7)(B)(iv).  I find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial.  18 U.S.C. § 3161(h) (7)(A).

Dated:  April 6, 2011.

_____
UNITED STATES DISTRICT JUDGE