William E. Bonham, SB# 55478
Attorney at Law
Hotel de France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814
Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: billbonham@mylaw.comcastbiz.net

Attorney for: Rae Leonard YOUNG

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 2:09-CR-500 KJM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO CONTINUE STATUS |
| v. ) | CONFERENCE |
| ) | |
| RAE LEONARD YOUNG ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The defendant Rae L. Young through his undersigned counsel, and the

United States, through its undersigned counsel, hereby agree and request the

Status Conference currently set for Thursday, May 26, 2011 at 10:00 am be

vacated and continued until Thursday, June 16, 2011 at 10:00 am.

A continuance is necessary to provide counsel with additional time for case

preparation and for ongoing plea and sentencing negotiations.

The parties also stipulate that time should be excluded under the Speedy Trial Act due to the needs of counsel for continued case preparation and ongoing plea and sentencing negotiations.  Local Code T4 & 18 U.S.C § 3161 (h)(7)(B)(iv).

I, William E. Bonham, the filing party, have received authorization from AUSA Jason Hitt to sign and submit this stipulation and proposed order on his behalf.

Accordingly, the defense and the United States agree and stipulate that the Status Conference for defendant Rae L. Young should be continued until Thursday, June 16, 2011 at 10:00 am. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and defendant in a Speedy Trial.  18 U.S.C. § 3161(h)(7)(A).

Dated: May 24, 2011

BENJAMIN B. WAGNER
United States Attorney

By:/s/ WILLIAM E. BONHAM for
JASON HITT
Assistant U.S. Attorney

Dated: May 24, 2011

By:/s/ WILLIAM E. BONHAM for
WILLIAM E. BONHAM
Counsel for Defendant
Rae Leonard YOUNG

# **ORDER**

IT IS SO ORDERED THAT THE Status Conference for defendant Rae L. Young currently set for Thursday, May 26, 2011 at 10:00 am should be vacated and continued to Thursday, June 16, 2011 at10:00 am.

I find that the continuance is necessary due to the needs of counsel for continued case preparation and plea/sentencing negotiations.  Accordingly, time is excluded under the Speedy Trial Act, due to needs of counsel for additional case preparation and ongoing plea/ sentencing negotiations, from May 26, 2011 up to and including June 16, 2011 pursuant to Local Code T4 and 18 U.S.C. § 3161(h)(7)(B)(iv).  I find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial.  18 U.S.C. § 3161(h) (7)(A).

Dated:   May 24, 2011.

_____
UNITED STATES DISTRICT JUDGE