William E. Bonham, SB# 55478
Attorney at Law
Hotel de France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814
Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: billbonham@mylaw.comcastbiz.net

Attorney for: Rae Leonard YOUNG

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 2:09-cr-500-KJM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO CONTINUE STATUS |
| v. ) | CONFERENCE |
| ) | |
| Rae Leonard YOUNG ) | |
| ) | |
| Defendants. ) | |
| _____) | |

The defendant Rae L. Young through his undersigned counsel, and the United States, through its undersigned counsel, hereby agree and request the Status Conference currently set for Thursday, June 16, 2011 at 10:00 am be vacated and continued until Thursday, June 30, 2011 at 10:00 am.

Plea negotiations have taken place and a tentative plea offer has been discussed.  Defense counsel is still receiving further letters in support of

1

mitigation under § 3553 factors to submit to the government for consideration and is involved with ongoing discussions with his client as to further plea negotiations.

The parties also stipulate that time should be excluded under the Speedy Trial Act due to the needs of counsel for continued case preparation and ongoing plea and sentencing negotiations. Local Code T4 & 18 U.S.C § 3161(h)(7)(B)(iv).

I, William E. Bonham, the filing party, have received authorization from AUSA Jason Hitt to sign and submit this stipulation and proposed order on his behalf.

Accordingly, the defense and the United States agree and stipulate that the Status Conference for defendant Rae L. Young should be continued until Thursday, June 30, 2011 at 10:00 am. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and defendant in a Speedy Trial. 18 U.S.C. § 3161(h)(7)(A).

Dated: June 14, 2011

        BENJAMIN B. WAGNER
        United States Attorney

        By:/s/ WILLIAM E. BONHAM for
        JASON HITT
        Assistant U.S. Attorney

Dated: June 14, 2011

By:/s/ WILLIAM E. BONHAM for
WILLIAM E. BONHAM
Counsel for Defendant
Rae Leonard YOUNG

## **ORDER**

IT IS SO ORDERED, the Status Conference for defendant Rae L. Young currently set for Thursday, June 16, 2011 at 10:00 a.m. is vacated and reset for Thursday, June 30, 2011 at 10:00 a.m.

I find that the continuance is necessary due to the needs of counsel for continued case preparation and plea/sentencing negotiations. Accordingly, time is excluded under the Speedy Trial Act, due to needs of counsel for additional case preparation and ongoing plea/ sentencing negotiations, from June 16, 2011 up to and including June 30, 2011 pursuant to Local Code T4 and 18 U.S.C. § 3161(h)(7)(B)(iv). I find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h) (7)(A).

Dated:   June 15, 2011.

_____
UNITED STATES DISTRICT JUDGE