William E. Bonham, SB# 55478
Attorney at Law
Hotel de France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814
Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: billbonham@mylaw.comcastbiz.net

Attorney for: Rae Leonard YOUNG

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 2:09-CR-00500 KJM |
| ) | |
| Plaintiff, ) | STIPULATION AND |
| ) | ORDER TO CONTINUE STATUS |
| v. ) | CONFERENCE |
| ) | |
| RAE LEONARD YOUNG, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The defendant Rae L. Young through his undersigned counsel, and the United States, through its undersigned counsel, hereby agree and request the Status Conference currently set for Thursday, July 14, 2011 at 10:00 am be vacated and continued until Thursday, July 28, 2011 at 10:00 am.

Plea negotiations have taken place and a tentative plea offer has been discussed.  Defense counsel is still receiving further letters in support of mitigation

1

Case 2:09-cr-00500-KJM   Document 49   Filed 07/13/11   Page 2 of 3

under § 3553 factors to submit to the government for consideration. AUSA Hitt is currently out of the office on vacation and not expected to return until the following week at which time counsel plans on meeting with him to further discuss settlement.

The parties also stipulate that time should be excluded under the Speedy Trial Act due to the needs of counsel for continued case preparation and ongoing plea and sentencing negotiations. Local Code T4 & 18 U.S.C § 3161 (h)(7)(B)(iv).

I, William E. Bonham, the filing party, have received authorization from AUSA Jason Hitt to sign and submit this stipulation and proposed order on his behalf.

Accordingly, the defense and the United States agree and stipulate that the Status Conference for defendant Rae L. Young should be continued until Thursday, July 28, 2011 at 10:00 am. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and defendant in a Speedy Trial. 18 U.S.C. § 3161(h)(7)(A).

Dated: July 13, 2011

                                              BENJAMIN B. WAGNER
                                              United States Attorney

                                              By:/s/ WILLIAM E. BONHAM for
                                              JASON HITT
                                              Assistant U.S. Attorney

2

Dated: July 13, 2011

By: /s/ WILLIAM E. BONHAM for
WILLIAM E. BONHAM
Counsel for Defendant
Rae Leonard YOUNG

## ORDER

IT IS SO ORDERED THAT THE Status Conference for defendant Rae L. Young currently set for Thursday, July 14, 2011 at 10:00 a.m. is vacated and continued to Thursday, July 28, 2011 at 10:00 a.m.

The court finds that the continuance is necessary due to the fact that Assistant United States Attorney, Jason Hitt, is unavailable and that counsel needs additional time for continued case preparation and plea/sentencing negotiations. Accordingly, time is excluded under the Speedy Trial Act, from July 14, 2011 up to and including July 28, 2011 pursuant to Local Code T4 and 18 U.S.C. § 3161(h)(7)(B)(iv).  The ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial.  18 U.S.C. § 3161(h) (7)(A).

Dated:  July 13, 2011.

UNITED STATES DISTRICT JUDGE