UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR. S-09-0500 KJM |
| Plaintiff, | |
| v. | ORDER |
| RAE LEONARD YOUNG, | |
| Defendant. | |
| _____ / | |

By stipulation and order, dated June 29, 2011, this case was scheduled for a July 14, 2011 status conference. On Wednesday, July 13, 2011 at 10:50 a.m., counsel sought to continue the scheduled hearing. In light of this tardy request for a continuance, it is hereby ORDERED that within seven days, the parties shall file a joint statement acknowledging their understanding of the court's policy regarding timely filing of requests to continue.

DATED: July 13, 2011.

_____
UNITED STATES DISTRICT JUDGE