William E. Bonham, SB# 55478
Attorney at Law
Hotel de France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814
Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: billbonham@mylaw.comcastbiz.net

Attorney for: Rae Leonard YOUNG

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 2:09-cr-00500 KJM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO CONTINUE STATUS |
| v. ) | CONFERENCE |
| ) | |
| Rae Leonard YOUNG ) | |
| ) | |
| Defendants. ) | |
| _____) | |

    The defendant Rae L. Young through his undersigned counsel, and the United States, through its undersigned counsel, hereby agree and request the Status Conference currently set for Thursday, July 28, 2011 at 10:00 am be vacated and continued until Thursday, September 29, 2011 at 10:00 am.

    Plea negotiations have taken place and a tentative plea offer has been discussed.  Defense counsel is still receiving further letters in support of mitigation under § 3553 factors to submit to the government for consideration.

Additionally, AUSA Hitt and his wife are expecting the forthcoming birth of their child after which AUSA Hitt will be out of the office for paternity leave.  Finally, a continuance to Thursday, September 29, 2011 will put the case on calendar at the same time as the co-defendant, Mr. Dosty's, next court date.

The parties also stipulate that time should be excluded under the Speedy Trial Act due to the needs of counsel for continued case preparation and ongoing plea and sentencing negotiations.  Local Code T4 & 18 U.S.C § 3161 (h)(7)(B)(iv).

I, William E. Bonham, the filing party, have received authorization from AUSA Jason Hitt to sign and submit this stipulation and proposed order on his behalf.

Accordingly, the defense and the United States agree and stipulate that the Status Conference for defendant Rae L. Young should be continued until Thursday, September 29, 2011 at 10:00 am. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and defendant in a Speedy Trial.  18 U.S.C. § 3161(h)(7)(A).

Dated: July 22, 2011

BENJAMIN B. WAGNER
United States Attorney

By:/s/ WILLIAM E. BONHAM for
JASON HITT
Assistant U.S. Attorney

Dated: July 22, 2011

By: /s/ WILLIAM E. BONHAM for
WILLIAM E. BONHAM
Counsel for Defendant
Rae Leonard YOUNG

## ORDER

IT IS SO ORDERED THAT THE Status Conference for defendant Rae L. Young currently set for Thursday, July 28, 2011 at 10:00 a.m should be vacated and continued to Thursday, September 29, 2011 at 10:00 a.m.

I find that the continuance is necessary due to the needs of counsel for continued case preparation and plea/sentencing negotiations.  Accordingly, time is excluded under the Speedy Trial Act, due to needs of counsel for additional case preparation and ongoing plea/ sentencing negotiations, from July 28, 2011 up to and including September 29, 2011 pursuant to Local Code T4 and 18 U.S.C. § 3161(h)(7)(B)(iv).  I find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial.  18 U.S.C. § 3161(h) (7)(A).

Dated:  July 27, 2011.

UNITED STATES DISTRICT JUDGE